# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| **LISA BURTON**, | ) |
| Plaintiff, | ) Case No.: 8:20-cv-00791 WFJ-TGW |
| v | ) |
| **CAPITAL ONE BANK, NA**, | ) |
| Defendant. | ) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own fees and costs.

| | |
|---|---|
| */s/ Jenny Perkins* | */s/ Amy Lynn Bennecoff Ginsburg* |
| Jenny Perkins, Esq. | Amy Lynn Bennecoff Ginsburg, Esq. |
| Ballard Spahr LLP | Kimmel & Silverman, P.C. |
| 1735 Market Street, 51st Floor | 30 East Butler Pike |
| Philadelphia PA 19103-7599 | Ambler, PA 19002 |
| Telephone: (215) 864-8378 | Phone: 215/540-8888 |
| Email: perkinsj@ballardspahr.com | Email: teamkimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| Date: September 2, 2020 | Date: September 2, 2020 |

BY THE COURT:

_____
J.

## Certificate of Service

       I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 2nd day of September, 2020:

Jenny Perkins
Ballard Spahr LLP
1735 Market Street
51st Floor
Philadelphia PA 19103-7599
(215) 864-8378
perkinsj@ballardspahr.com
Attorney for the Defendant

                                        */s/ Amy Lynn Bennecoff Ginsburg*
                                        Amy Lynn Bennecoff Ginsburg, Esq.
                                        Kimmel & Silverman, P.C.
                                        30 East Butler Pike
                                        Ambler, PA 19002
                                        Phone: 215/540-8888
                                        Fax: 215/540-8817
                                        Email: teamkimmel@creditlaw.com
                                        Attorney for Plaintiff